UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 JUN 16 PM 4:47

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
             DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. _____ |
| | § | |
| Plaintiff, | § | **INDICTMENT** |
| | § | [Count 1: Felon in possession of a firearm, |
| v. | § | 18 U.S.C. § 922(g)(1).] |
| | § | |
| MICHAEL WILKINS, | § | A09 CR-263 SS |
| | § | |
| Defendant | § | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Felon in Possession of a Firearm**
**18 U.S.C. § 922(g)(1)**

On or about April 17, 2009, in the Western District of Texas, the defendant,

MICHAEL WILKINS

who having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: one (1) Astra, Model A-75, .40 caliber semiautomatic pistol, Serial Number 7023C, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[18 U.S.C. § 922(g)(1) and subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1),
made applicable by 28 U.S.C. § 2461]

### Forfeiture Statutes Relating to Firearms
[Title 18 U.S.C. § 924(d)(1)]

As a result of the foregoing criminal violation as set forth in Count One (1), which is punishable by imprisonment for more than one year, the United States gives notice that it intends to forfeit, but is not limited to, the below listed properties from DEFENDANT, MICHAEL WILKINS. Said Defendant shall forfeit all right, title and interest in said properties to the United States pursuant to Fed. R. Crim. P. 32.2 and 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture pursuant to 28 U.S.C. § 2461, which states the following:

**Title 18 U.S.C. § 924.**
   **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922 . . . shall be subject to seizure and forfeiture, ...

This Notice of Demand for Forfeiture includes but is not limited to the following:

   one (1) Astra, Model A-75, .40 caliber semiautomatic pistol, Serial Number 7023C, any and all ammunition magazines, ammunition and firearms accessories.

**ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002**

JOHN E. MURPHY
ACTING UNITED STATES ATTORNEY

By: _____
JAMES F. BOOHER
Special Assistant U.S. Attorney

Sealed _____

Unsealed  X

| | | |
|---|---|---|
| | Personal Data Sheet | USAO# 2009R10972 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  X  NO

CASE NO. A09CR-263 SS

County: TRAVIS   AUSTIN Division   Judge: _____

Date: June 16, 2009   Mag Ct.# _____   SSN: _____   FBI#: _____

Case No.: _____   Assistant U. S. Attorney: James F. Booher

Defendant: Michael Wilkins   Date of Birth: REDACTED

Address: _____

Citizenship:   United States _____   Mexican _____   Other _____

Interpreter Needed:   Yes _____   No _____   Language _____

Defense Attorney: Unknown   Employed _____

Address of Attorney: _____   Appointed _____

Defendant is:   In Jail  X   Where: _____

On Bond _____   Amt. of Bond _____   Where: _____

Date of Arrest: _____   Bench Warrant Needed  NO

Prosecution By:   Information _____   Indictment  X

Offense (Code & Description):   Count 1: 18 U.S.C. 922(g)(1) - Felon in Possession of Firearm

Offense Is:   Felony  X   Misdemeanor _____

Maximum Sentence:   Count 1: 10yrs imprisonment/ $250K Fine/3yr S/R

Penalty is Mandatory:   As to special assessment   Yes  X   No _____

Remarks:   Case Agent: APD Jon Ippolitio 512-974-6838