AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
)  Case No.  **A09 CR-263 SS**
MICHAEL WILKINS )
Defendant )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **MICHAEL WILKINS**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

FELON IN POSSESSION OF A FIREARM

Date: 06/16/2009

_Issuing officer's signature_

City and state: Austin, Texas

Margarita Chairez-Herrington, Deputy Clerk
*Printed name and title*

[FILED stamp: JUN 17 2009 PM 12:00, U.S. DISTRICT CLERK, WESTERN DISTRICT OF TEXAS, AUSTIN, TEXAS]

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____   Arresting officer's signature _____ |
| Printed name and title _____ |