UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
JUN 17 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>Michael Wilkins,<br>    Defendant | §<br>§<br>§<br>§    CRIMINAL NO. A-09-CR-263<br>§<br>§<br>§<br>§ |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America and respectfully represents that the above case is set for court proceedings on **Michael Wilkins**, and that the Defendant is incarcerated and is now in the custody of the Warden, Travis State Jail.

WHEREFORE, the government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Warden, Travis State Jail, commanding him to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Austin, Texas, on June 24, 2009, at 1:30p, for the purpose of said proceedings, and any further proceedings to be had in this cause.

Respectfully submitted,

JOHN E. MURPHY
ACTING UNITED STATES ATTORNEY

By _____
James F. Booher
Special Assistant United States Attorney
816 Congress Avenue, Suite 1000
Austin, Texas 78701
Office (512) 916-5858
Fax    (512) 916-5854
State Bar No. 00790334