UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

RECEIVED
UNITED STATES MARSHAL
2009 JUN 18 PM 12:00
WESTERN DISTRICT OF TEXAS
AUSTIN TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO: 1:09-CR-263(1)-SS |
| | § | |
| MICHAEL WILKINS | § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE:   Warden, Travis State Jail

GREETINGS:

You are hereby commanded to surrender and deliver unto the United States Marshal for the Western District of Texas, or his duly authorized representative, the body of **MICHAEL WILKINS,** who is currently in your custody, for appearance in this Court at 200 W. 8th Street, Austin, Texas, on **June 24, 2009**, at 1:30 p.m. and there to remain in the custody of the said Marshal, or his duly authorized representative, during, and any further proceedings to be had in the above-styled cause, and at the termination of said proceeding to return said MICHAEL WILKINS to the custody of Warden, Travis State Jail.

This Writ shall be your warrant and authority in the premises, and the Clerk of this Court is hereby directed to cause to be delivered to you a copy of this Writ and a certified copy of the Order directing the issuance for your observance. HEREIN, FAIL NOT, but make due return of this Writ. WITNESS, the Honorable Andrew Austin, United States Magistrate Judge, Western District of Texas, and the Seal of this Court hereto affixed this 17th day of June, 2009

WILLIAM G. PUTNICKI, CLERK

By: _____
Molly Morrison
Deputy Clerk