AO 471  (Rev. 01/09) Order to Detain a Defendant Temporarily Under 18 U.S.C. § 3142(d)

# United States District Court
for the
Western District of Texas

| | | |
|---|---|---|
| USA | § § | |
| vs. | § | NO:  AU:09-CR-00263(1)-SS |
| (1) Michael Wilkins | § § § | |

**ORDER TO DETAIN A DEFENDANT TEMPORARILY UNDER 18 U.S.C. § 3142(d)**

At the time of the alleged offense, the defendant was not a United States citizen or a person lawfully admitted for permanent residence, or, alternatively, the defendant was on release pending trial for a state or federal felony; on release after conviction for any type of offense, state or federal; or on probation or parole.  This court finds that the defendant, if released, may flee or pose a danger to another person or the community.

**IT IS ORDERED:**  The defendant must be detained temporarily under 18 U.S.C. § 3142(d) until July 20, 2009.    I further order that a    [X]  detention hearing and   [n/a]   a preliminary hearing be held on July 20, 2009 at 2:30 p.m. before the Honorable Andrew W. Austin, Courtroom No. 3, 200 West 8th Street, Austin, Texas.

The attorney for the government is directed to notify the appropriate court, probation or parole officer, state or local law enforcement officer, or the United States Citizenship and Immigration Services so that a detainer may be placed on the defendant or custody may be transferred.  If no action is taken by the above date, the defendant must be brought before this court on that date for further proceedings.

**Signed and Entered this**
**6th day of July, 2009**

**ROBERT PITMAN**
**U.S. MAGISTRATE JUDGE**