UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
JUL 15 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO. A-09-CR-263(1) SS |
| | ) | |
| MICHAEL WILKINS | ) | |

### DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING

Defendant, Michael Wilkins, files this Response to the Notice of Detention Hearing which was issued by the Court. After further investigation, Defendant wishes at this time to waive his right to the detention hearing, subject to his right to bring a motion concerning detention at a later date.

7/15/09
DATE

MICHAEL WILKINS
Respectfully submitted,

HENRY J. BEMPORAD
Federal Public Defender

By: _____
Jose Gonzalez-Falla
Assistant Federal Public Defender
*Attorney for Defendant*

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was delivered, via courthouse mail, to the Assistant United States Attorney on the 15th day of July, 2009.

_____
Jose Gonzalez-Falla